IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ASHISKUMAR PATEL,

                  Plaintiff,

    vs.

DIRECTOR OF UNITED STATES
CITIZENSHIP AND IMMIGRATION
SERVICES,

                  Defendant.

**8:25CV299**

**ORDER OF DISMISSAL**

This matter comes before the Court on the plaintiff's Notice of Voluntary Dismissal (Filing No. 8).  The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed without prejudice.  Furthermore, Plaintiff's Motion for Partial Summary Judgment, Filing No. 7, is denied as moot.

Dated this 18th day of June, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge